**Deny Writ and Opinion Filed October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01320-CV

### IN RE R&L CARRIERS, INC., ET AL., Relators

**Original Proceeding from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-16041**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Francis

Relators contend the trial judge erred in denying certain discovery requests. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *In re Prudential Ins. Co. of America*, 148 S.W.3d 124, 136 (Tex. 2004) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus and motion for emergency stay.

/Molly Francis/
MOLLY FRANCIS
131320F.P05                                    JUSTICE